## United States District Court
## Central District of California
## Eastern Division

Robert Lettis,

     Plaintiff,

  v.

Dealer Marketing Services, Inc., et al.,

     Defendants.

EDCV 15-911-VAP (SPx)

## Order to Show Cause for Failure to File a Mediation Report

On July 22, 2015, the Court issued its Scheduling Order.  (Doc. No. 21.) Pursuant to that Order, the parties were required to file a joint mediation report no later than ten days after the settlement conference.  The final day to conduct a settlement conference was October 31, 2015.  The parties stipulated to continue the mediation deadline to December 31, 2015.  (Doc. Nos. 24, 25.)  As the Court has received no joint mediation report, the Court ORDERS the parties to show cause, no later than February 15, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely.

The parties may also discharge this Order by filing a notice of settlement by February 15, 2016.

Dated:   2/3/16

           Virginia A. Phillips

         United States District Judge

**IT IS SO ORDERED.**